## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR-07-12-GF-BMM-JTJ** |
| Plaintiff, | |
| vs. | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| KEVIN GERARD MITCHELL, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 5, 2019. (Doc. 63).  Neither party filed objections.  When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations.  *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986).  This Court will review Judge Johnston's Findings and Recommendations, however, for clear error.  *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a hearing on a violation of a condition of supervised release on June 5, 2019.  (Doc. 63 at 3).  The United States alleged that that Mitchell violated the conditions of his supervised release: 1) by consuming alcohol; 2) by using marijuana; 3) by using methamphetamine; and 4) by failing to complete his sex offender treatment program. (Doc. 56 at 2-3).  Mitchell admitted

to the violations 1, 2 and 3.  (Doc. 63 at 2).  The government proved alleged

violation 4.  *Id.* at 3.  These violations prove serious.

Judge Johnston has recommended Mitchell's supervised release be revoked.

*Id.* at 4.  Judge Johnston recommends Mitchell serve a custody term of seven (7)

months, with forty-three (43) months of supervised release to follow.  *Id.*  Judge

Johnston recommended further that Mitchell be allowed to file a motion for early

termination of supervise release after he has completed twenty-four (24)

consecutive months of supervised release, in full compliance with all of the

conditions of supervised release that the Court has imposed upon him.  *Id.*

The Court finds no clear error in Judge Johnston's Findings and

Recommendations.  Mitchell's violations represent a serious breach of the Court's

trust.  This revocation of Mitchell's supervised release and custody term proves

sufficient but not greater than necessary.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and

Recommendations (Doc. 63) are **ADOPTED IN FULL**.

**IT IS ORDERED** that Mitchell's supervised release be revoked.

**IT IS ORDERED** that Mitchell's serve a term of custody of seven (7)

months with forty-three (43) months of supervised release to follow.

**IT IS ORDERED** that Mitchell be allowed to file a motion for early

termination of supervise release after he has completed twenty-four (24)

consecutive months of supervised release, in full compliance with all of the

conditions of supervised release that the Court has imposed upon him.

DATED this 21st day of June, 2019.


_____

Brian Morris
United States District Court Judge