IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN GERARD MITCHELL,<br><br>Defendant. | CR 07-12-GF-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Kevin Gerard Mitchell (Mitchell) has been accused of violating the conditions of his supervised release. Mitchell admitted the alleged violation. Mitchell's supervised release should be revoked. Mitchell should be placed in custody for 12 months and 1 day, with no supervised release to follow. Mitchell should serve his term of custody at FCI Englewood in Colorado.

## II. Status

Mitchell pleaded guilty to Aggravated Sexual Abuse on March 14, 2007. (Doc. 18). The Court sentenced Mitchell to 151 months of custody, followed by 5 years of supervised release. (Doc. 26). Mitchell's current term of supervised release began on October 13, 2021. (Doc. 98 at 3).

**Petition**

The United States Probation Office filed a Petition on November 29, 2021, requesting that the Court revoke Mitchell's supervised release. (Doc. 98). The Petition alleges that Mitchell violated the conditions of his supervised release by using methamphetamine. (Doc. 98).

**Initial appearance**

Mitchell appeared before the undersigned for his initial appearance on December 7, 2021. Mitchell was represented by counsel. Mitchell stated that he had read the petition and that he understood the allegations. Mitchell waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on December 7, 2021. Mitchell admitted the alleged violation. The violation is serious and warrants revocation of Mitchell's supervised release.

Mitchell's violation is a Grade C violation. Mitchell's criminal history category is II. Mitchell's underlying offense is a Class A felony. Mitchell could be incarcerated for up to 60 months. Mitchell could be ordered to remain on supervised release for up to 27 months, less any custody time imposed. The

United States Sentencing Guidelines call for a term of custody of 4 to 10 months.

### III. Analysis

Mitchell's supervised release should be revoked. Mitchell should be placed in custody for 12 months and 1 day, with no supervised release to follow. This sentence is sufficient but not greater than necessary. Mitchell should serve his term of custody at FCI Englewood in Colorado.

### IV. Conclusion

The Court informed Mitchell that the above sentence would be recommended to United States District Judge Brian Morris. The Court also informed Mitchell of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Mitchell that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

>That Kevin Gerard Mitchell violated the conditions of his supervised release by using methamphetamine.

The Court **RECOMMENDS:**

>That the District Court revoke Mitchell's supervised release and commit Mitchell to the custody of the United States Bureau of Prisons for 12 months and 1 day, with no supervised release to follow. Mitchell should serve his term of custody at FCI Englewood in Colorado.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A district judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district judge, and may waive the right to appear and allocute before a district judge.

DATED this 8th day of December, 2021.

John Johnston
United States Magistrate Judge